# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.: 3:94-cr-025** |
| Plaintiff, | Judge Walter H. Rice |
| v. | |
| **PHILLIP A. GARRISON** | **ORDER AND ENTRY GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME** |
| Defendant. | |

Upon Motion of Defendant and for good cause shown, IT IS HEREBY ORDERED that Defendant is granted an extension of fourteen (14) days, or until June 17, 2021, in which to file a supplement to his Motion for Compassionate Release.

So ORDERED.

Dated: 6-7-21

UNITED STATES DISTRICT JUDGE